UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Willis Reitz,

    Plaintiff,

    v.                                        Case No. 2:14–cv–974

W. Wyatt McKay, et al.,            Judge Michael H. Watson

    Defendants.

## OPINION AND ORDER

Magistrate Judge Deavers issued a Report and Recommendation ("R&R") on October 28, 2014, recommending the Court dismiss Plaintiff's *pro se* 42 U.S.C. § 1985 suit pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief can be granted. R&R, ECF No. 8. Plaintiff objects to the R&R. Obj., ECF No. 11. For the following reasons, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the R&R, and **DISMISSES** the case.

Magistrate Judge Deavers concluded that Plaintiff's claim was barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) and by the applicable statute of limitations. R&R 5, ECF No. 8.

The R&R advised the parties of their right to file objections, noting any objection must specifically designate the R&R "and the part in question, as well as the basis for objection." *Id.* at 6.

In his objections, Plaintiff simply reiterates that his conviction was the result of a conspiracy. He does not address the portion of the R&R with which he

objects or the legal basis for his objection. Plaintiff's "objection" cannot be construed as anything other than a general objection, which does not suffice to preserve issues for appeal. See Howard v. Sec. of Health and Human Servs., 932 F.2d 505, 508–09 (6th Cir. 1991). Because Plaintiff does not contest that his case is barred by Heck or the applicable statute of limitations, the Court declines to conduct a de novo review of the R&R, **OVERRULES** Plaintiff's objections, **ADOPTS** the R&R, and **DISMISSES** the case for failure to state a claim.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**